UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALLEN GRAVES,<br>Petitioner<br>v.<br>KIM HOLLAND, Warden,<br>Respondent. | Case No. CV 16-5137-RGK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: March 13, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE